ROBERT N. GROSBY, TRUSTEE *v.* TOWN OF DARIEN
ET AL.

The plaintiff's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is granted.

*Richard S. Weinstein, Bruce L. Lev* and *Thomas J. Abinanti,* in support of the petition.

Submitted February 26—decided March 6, 1973

FILOMENO PALMIERI *v.* ZONING BOARD OF APPEALS OF
THE TOWN OF WESTPORT ET AL. (No. 96588)

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*J. Peter LaChance,* in support of the petition.

*Raymond F. Ross,* in opposition.

Submitted February 27—decided March 6, 1973

FILOMENO PALMIERI *v.* ZONING BOARD OF APPEALS OF
THE TOWN OF WESTPORT ET AL. (No. 97230)

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County is denied.

*J. Peter LaChance,* in support of the petition.

*Raymond F. Ross,* in opposition.

Submitted February 27—decided March 6, 1973